O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | SA 08-303M |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| JORGE GONZALEZ ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq..,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1      II.

2   The Court finds no condition or combination of conditions will reasonable assure:

3   A. ( X )    appearance of defendant as required; and/or

4   B. ( ) safety of any person or the community;

5      III.

6   The Court has considered:

7   A. ( x) the nature and circumstances of the offense;

8   B. (x) the weight of evidence against the defendant;

9   C. (x) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11     IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has no ties to the community and no bail**

17         **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20         1. ( )   obstruct or attempt to obstruct justice;

21         2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24         provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: June 24, 2008

                                    Marc L. Goldman
                                    U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                          - 3 -                                 Page 3 of 3