*Send-0*

FILED
CLERK, U.S. DISTRICT COURT

AUG 29 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: *EDCR 08-00138 VAP* |
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| *JORGE Gonzalez-Alvarez* Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- violation petition
- pretrial services report
- defendant's non-objection

1

1     and/ or

2   B.   The defendant has not met his/her burden of establishing by clear and

3     convincing evidence that he/she is not likely to pose a danger to the

4     safety of any other person or the community if released under 18 U.S.C.

5     § 3142(b) or (c). This finding is based on the following:

6     – violation petition

7     – pretrial services report

8     – defendants non-objection

9

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: 8-29-11

15                         HONORABLE SHERI PYM

                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28